# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Carlos Vargas-Gutierrez,<br><br>　　　　Petitioner,<br><br>v.<br><br>Chad Wolf, et al.,<br><br>　　　　Respondents. | Case No.: 2:20-cv-02350-KJD-NJK<br><br>**Order** |

Petitioner Carlos Vargas-Gutierrez filed a habeas corpus petition under 28 U.S.C. § 2241 in the United States Court of Appeals for the Ninth Circuit. ECF No. 1. The Ninth Circuit transferred the petition to this court. ECF No. 1-2. In his petition, Vargas-Gutierrez challenges his continued detention by Immigration and Customs Enforcement (ICE). Having conducted an initial review of the petition, the court will direct service of the petition on respondents and set briefing deadlines.

**IT IS THEREFORE ORDERED** that Clerk **re-designate** the initiating document (ECF No. 1) as a petition for writ of habeas corpus and **SHALL SERVE** copies of the petition and this order upon respondents as follows:

　　1. By having the United States Marshal serve a copy of the petition (ECF No. 1) and this order on the United States Attorney for the District of Nevada or on an Assistant United States Attorney or clerical employee designated by the United States Attorney pursuant to Rule 4(i)(1)(A) of the Federal Rules of Civil Procedure.

  2. By sending a copy of the petition (ECF No. 1) and this order by registered or certified mail to the following: (1) the Honorable Jeffrey A. Rosen, Acting Attorney General of the United States, Department of Justice, 950 Pennsylvania Ave. NW, Washington, DC 20530; (2) the Honorable Chad Wolf, Acting Secretary of the U.S. Department of Homeland Security, Washington, DC 20528; (3) Kerri Ann Quihuis, Field Office Director, United States Immigration and Customs Enforcement, 501 Las Vegas Blvd. S., Las Vegas, Nevada, 89101; and (4) Jeanne M. Kent, Officer in Charge, United States Citizenship and Immigration Services, 5650 Badura Ave., Suite 100, Las Vegas, Nevada, 89118.

  **IT IS FURTHER ORDERED** that respondents **SHALL FILE AND SERVE** an answer or other response to the petition (ECF No. 1) within **20 days** of the date that this order is entered, unless for good cause additional time is allowed. Petitioner will thereafter have **14 days** to file a reply.

  **IT IS FURTHER ORDERED** that all exhibits must be filed in accordance with LR IA 10-3 and LR IC 2-2 and include a separate index identifying each exhibit by number or letter. The index must be filed in CM/ECF's document upload screen as the base document to receive the base docket number (e.g., ECF No. 10). Each exhibit must then be filed as an "attachment" to the base document—the index—to receive a sequenced sub-docket number (e.g., Exhibit A (ECF No. 10-1), Exhibit B (ECF No. 10-2), Exhibit C (ECF No. 10-3), and so forth). If the exhibits will span more than one filing, the base document in each successive filing must be either a copy of the index or volume cover page. See LR IC 2-2(a)(3)(A).

  For this case, NO PAPER COURTESY COPIES are required.

  Dated: December 30, 2020

                      _____
                       U.S. District Judge Kent J. Dawson